United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| OLMA ALSIDES GODOY REYES, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-541 |
| vs. | § | |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**FINAL JUDGMENT**

In a Memorandum Opinion and Order entered on February 17, 2026, the court granted in part the petition for a writ of habeas corpus filed by Olma Alsides Godoy Reyes. (Docket Entry No. 15). The court determines that Final Judgment should now be entered in this matter and renders this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SIGNED on June 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge